**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 18, 2026

**BY ECF AND EMAIL**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *United States v. Alejandro Colon and Oscar Olivencia*, 26 Cr. 150 (AS)**

Dear Judge Subramanian:

The Government, with the consent of defense counsel for both defendants, writes to respectfully request an adjournment of the status conference currently scheduled for September 22, 2026, to a date approximately 21 days from now. The parties' first request to adjourn the August 5, 2026 status conference to September 22, 2026 was granted, and this is the parties' second request for an adjournment of the status conference.

By way of background, on April 21, 2026, a grand jury sitting in this District returned an indictment charging the defendants with racketeering conspiracy, in violation of 18 U.S.C. § 1962(d); multiple counts of assault and attempted murder in aid of racketeering, in violation of 18 U.S.C. § 1959; and multiple firearms offenses, in violation of 18 U.S.C. § 924(c). After their arrests, both defendants were presented on April 23, 2026 and ordered detained. The Court held an initial conference on April 29, 2026.

Since the initial conference, the Government has substantially produced all Rule 16 discovery in its possession as of June 15, 2026, and the parties have been engaged in good-faith plea discussions since early July. The Government believes that the parties will be able to notify the Court by mid-October whether there will be plea(s) to resolve the case or the parties will need to proceed with setting a trial schedule. Therefore, the Government, with the consent of counsel for both defendants, requests an adjournment of the September 22, 2026 status conference to a date approximately 21 days thereafter to give the parties more time to continue discussing a potential pretrial resolution.

For the same reasons, the Government respectfully requests that time be excluded under the Speedy Trial Act from September 22, 2026 to the date of the next status conference. The Government submits that the ends of justice served by such an exclusion outweigh the best interest

of the public and the defendants in a speedy trial. The Government has conferred with defense counsel for the defendants, and both counsel have consented to the exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ Timothy Ly
Timothy Ly
Dominic Gentile
Assistant United States Attorneys
Southern District of New York

cc: Counsel of Record (by email)

Application GRANTED. The conference will now be held on **Thursday, October 22, 2026**, at **11:00 AM**.

IT IS FURTHER ORDERED that the time between September 22, 2026, and October 22, 2026 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 17.

SO ORDERED.



Arun Subramanian, U.S.D.J.
Dated: September 18, 2026