**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 15, 2026

**BY ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re: *United States v. Alejandro Colon and Oscar Olivencia*, 26 Cr. 150 (AS)**

Dear Judge Subramanian:

The parties respectfully submit this joint request to adjourn the status conference currently scheduled for October 22, 2026, for approximately 45 days, to permit the parties additional time to continue discussions concerning a potential pretrial resolution of this matter. This is the parties' second request for an adjournment of the conference. In connection with this request, the Government respectfully moves to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 22, 2026, through the date of the adjourned conference. The Government submits that such an exclusion is warranted to allow the parties to continue their discussions regarding a potential disposition without trial, and that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendants in a speedy trial. Defense counsel for both defendants have been consulted and consent to the requested adjournment and exclusion of time.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/
Timothy Ly
Dominic A. Gentile
Assistant United States Attorneys
Southern District of New York

cc: Counsel of Record (By Email)

Application GRANTED. The conference will now be held on **Thursday, December 4, 2026, at 11:00 AM ET.**

IT IS FURTHER ORDERED that the time between October 22, 2026, and December 4, 2026 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will provide the parties with time needed to discuss a potential pretrial resolution.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 20.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 15, 2026